People of the State of Illinois, Appellee, v. Eugene J. Tomaszek, Appellant.

Gen. No. 47,891. ▮▮▮▮▮▮▮▮▮

First District, Second Division.
March 15, 1960.

Daniel D. Glasser, for defendant-appellant; Benjamin S. Adamowski, State's Attorney of Cook county (Francis X. Riley and William W. Winterhoff, Assistant State's Attorneys, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.